# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand and fifteen.

Before:     Ralph K. Winter,
                  *Circuit Judge*.

_____

  Donna Garfield,
    Plaintiff-Appellant,

                                **ORDER**
  v.                                     Docket No. 15-527

  Ocwen Loan Servicing, LLC,
    Defendant-Appellee.

_____

    Appellant moves for an extension of time, through April 27, 2015, to file a principal brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellee's brief shall be filed on or before June 12, 2015.

                                                     For the Court:
                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court