# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of January, two thousand and sixteen.

Before:     José A. Cabranes,
               *Circuit Judge.*

_____

Donna Garfield,

    Plaintiff - Appellant,               **ORDER**

v.                                                     Docket No. 15-527

Ocwen Loan Servicing, LLC,

    Defendant - Appellee.

_____

     Appellee Ocwen Loan Servicing, LLC moves the Court for a thirty-day extension of time to file a petition for panel rehearing and rehearing en banc, until February 18, 2016.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                  For the Court**:**

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

